UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Sheila Delores Nattiel**
105 Devonshire Place
Tyrone, GA 30290

**xxx–xx–6995**

Case No.: **18–11583–whd**
Chapter: **13**
Judge: **W. Homer Drake**

**N O T I C E**

NOTICE IS HEREBY GIVEN that a portion of the filing fee remains unpaid in this case in the amount of:  **$ .50**

The Debtor is hereby notified to pay the balance due on or before: **October 22, 2018**.

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

If said fee is not paid on or before the above date, this case will be dismissed, without prejudice, for failure to pay said fee, without further notice or opportunity for hearing.

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:   October 10, 2018

Form 134 Revised June, 2015